# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:
JOHN J. SCHLARMAN, V
DEBTOR(S)                                                               CASE NO. 19-20079

## TRUSTEE'S REPORT AND
## RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

1. The trustee requests that the debtor provide a copy of the recorded deed for the real property located at 30 Lakeview Drive, Williamstown, KY.

2. Plan payments are 1.54 months past due for a total delinquency of $539.02. The debtor's next plan payment, in the amount of $350.36, is due on April 24, 2019.

3. The plan is not feasible. PennyMac Loan Services, LLC has filed proof of claim 5-1 for mortgage arrearages in an amount higher than estimated. Appropriate action must be taken to address the claim, such as by amending the plan, filing an objection to the proof of claim of the creditor, or filing an appropriate motion.

4. Portfolio Recovery Associates and Toyota Motor Credit Corporation have filed proofs of claim as secured, and they were not specifically addressed in the plan. By default, the claims are treated as secured in full with interest at prime + 2. Appropriate action must be taken to address the treatment of these claims, such as by amending the plan, filing an objection to the proofs of claim of the creditors, or filing an appropriate motion.

5. The trustee requests copies of the debtor's 2018 federal and state tax returns. Section 1308(a) requires the debtor to file with the tax authorities all tax returns for all tax periods ending during the four years before the date of the petition. The plan cannot be confirmed until these tax returns are filed. 11 U.S.C. § 1325(a)(9). A case may be dismissed for not timely filing the returns. § 1307(e). If all required tax returns are not filed by the date first

set for the meeting of creditors, the trustee may hold open the meeting to allow additional time to file the return. § 1308(b)(1).  Returns for 2018 must be filed by the later of April 15, 2019 or 60 days after the date first scheduled for the 341 meeting.  The trustee's deadline for filing the tax returns is not changed by any extension of time granted by the IRS for filing the returns.  The trustee will file a motion to dismiss the case after the expiration of the preceding deadline in the absence of evidence – an amended proof of claim or an affidavit of the debtor – that all required tax returns are filed.

6. The trustee estimates a pool of approximately $48,800.00, is required to present a confirmable plan based on the scheduled and filed claims.

Beverly M. Burden, Chapter 13 Trustee

By:  /s/Beverly M. Burden
Beverly M. Burden,
Chapter 13 Trustee
Ky Bar ID:  09330
P.O. Box 2204
Lexington, KY 40588-2204
(859) 233-1527
notices@ch13edky.com

CERTIFICATE OF SERVICE

The foregoing was served via ECF on C. Ed Massey, Esq. on April 16, 2019.

Beverly M. Burden, Chapter 13 Trustee

By:  /s/Beverly M. Burden
Beverly M. Burden,
Chapter 13 Trustee