# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:   John J Schlarman, V                                    Case Number:   19-20079

   Debtor

## ORDER CONTINUING CONFIRMATION HEARING

### NOTICE OF HEARING

The confirmation hearing is continued to 6/11/2019 at 10:00 am in the U.S. Bankruptcy Courtroom, Covington Courthouse, 35 West 5th Street, Third Floor, Room 306, Covington, KY  41011.

To be entered:
/s/  Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P O BOX 2204
LEXINGTON, KY  40588-2204


John J Schlarman, V
30 Lakeview Drive
Williamstown, KY  41097

MASSEY, C ED
Served Electronically Via ECF

Synchrony Bank
Via Ecf
,

Portfolio Recovery Assoc
P O Box 41067
Norfolk, VA  23541-1067

Lerner Sampson & Rothfuss
Via Ecf
,

Toyota Motor Credit Corporation
P O Box 9013
Addison, TX  75001

Internal Revenue Service
P O Box 7346
Philadelphia, PA  19101-7346

Verizon
% American Infosource
4515 N Santa Fe Avenue
Oklahoma City, OK  73118

Pennymac Loan Services Llc
P O Box 2410
Moorpark, CA  93020