# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:   John J Schlarman, V                              Case Number:   19-20079

   Debtor

## ORDER CONTINUING CONFIRMATION HEARING

### NOTICE OF HEARING

The confirmation hearing is continued to 6/11/2019 at 10:00 am in the U.S. Bankruptcy Courtroom, Covington Courthouse, 35 West 5th Street, Third Floor, Room 306, Covington, KY  41011.

To be entered:
/s/  Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P O BOX 2204
LEXINGTON, KY  40588-2204


John J Schlarman, V
30 Lakeview Drive
Williamstown, KY  41097

MASSEY, C ED
Served Electronically Via ECF

Synchrony Bank
Via Ecf
,

Portfolio Recovery Assoc
P O Box 41067
Norfolk, VA  23541-1067


Lerner Sampson & Rothfuss
Via Ecf
,

Toyota Motor Credit Corporation
P O Box 9013
Addison, TX  75001

Internal Revenue Service
P O Box 7346
Philadelphia, PA  19101-7346


Verizon
% American Infosource
4515 N Santa Fe Avenue
Oklahoma City, OK  73118

Pennymac Loan Services Llc
P O Box 2410
Moorpark, CA  93020

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, May 13, 2019**
(kay)