**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

JOHN J. SCHLARMAN, V.

CHAPTER 13
CASE NO. 19-20079

DEBTOR

AGREED ORDER

This matter having come before the Court on June 11, 2019 for hearing of the trustee's motion to dismiss the debtor's case [Doc. 20] and the Court having heard from the parties, and the parties having advised the Court of their agreement in resolution of the matter, it is hereby

AGREED and ORDERED the debtor shall become current on plan payments within 14 days from the date of hearing. Should the debtor fail to become current within such time, the case shall be dismissed without further hearing upon filing by the trustee of a notice of failure to comply and an order dismissing the case.

It is further AGREED and ORDERED that in the event the debtor becomes current within such period the trustee shall submit a Probation Order.

Have seen and agreed:

/s/Charles Ed Massey (per authority 6/17/19)
Charles Ed Massey,
Attorney for Debtor
504 Erlanger Road
Erlanger, KY 41018
(859) 426-9000
Fax: (859) 426-9001
Email: cedmassey@nkylawyers.com

Beverly M. Burden, Chapter 13 Trustee

By: /s/Donald B. Smith
Donald B. Smith,
Attorney for Trustee
KY Bar ID: 89052
P.O. Box 2204
Lexington, KY 40588-2204
859-233-1527
notices@ch13edky.com

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**




**Signed By:**
***Tracey N. Wise***
**Bankruptcy Judge**
**Dated: Tuesday, June 18, 2019**
**(tnw)**