UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:   John J Schlarman, V                              Case Number:   19-20079
Debtor

## PROBATION ORDER REGARDING
## CHAPTER 13 PLAN PAYMENTS

It is HEREBY ORDERED:

1) The Debtor shall have thirty (30) days from the date of this order within which to bring their payments to the Trustee current. To be deemed current, the cure payment must be postmarked by this date.

2) The Debtor shall be on probation with respect to plan payments in the within case for a period of one (1) year from the date of this order and shall have a twenty-one (21) day grace period on payments coming due within that time. A payment shall be deemed made within the grace period if it is postmarked on or before 21 days following the due date.

3) Upon failure of the Debtor to make any payment as set forth in the above paragraphs, the Chapter 13 Trustee shall, without further motion or hearing, file with the Court a notice of failure to comply with the terms of this order and tender an order dismissing this Chapter 13 case for failure to make payments in accordance with the terms of the confirmed plan and/or the orders of the Court.

Copies to:

John J Schlarman, V                              MASSEY, C ED
30 Lakeview Drive                                Served Electronically Via ECF
Williamstown, KY  41097

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, June 26, 2019**
(tnw)